IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00006 (WLS-TQL) |
| | : |
| NIKITA DESEAN JONES, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is a "Motion to Seal," filed by counsel for the Defendant. (Doc. 49.)

The Court has reviewed the motion that Defendant wants filed under seal, which was emailed to the Clerk's Office. For good cause appearing therein, the motion to seal (Doc. 49) is **GRANTED**. The Clerk's Office is **DIRECTED** to docket under seal the Motion to Withdraw, which was sent via email, with access made available only to Defendant and the Court until further order of the Court.

**SO ORDERED**, this 27th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1