IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00006 (WLS-TQL) |
| NIKITA DESEAN JONES, | : |
| | : |
| Defendant. | : |

## ORDER

Before the Court is defense counsel's sealed Motion to Withdraw as Counsel. (Doc. 52.) Based on the reasons stated in the motion, the Court finds that there is a non-waivable conflict of interest which prevents the Federal Defender's Office from representing Defendant. Thus, the Motion to Withdraw as Counsel (Doc. 52) is **GRANTED**.

The United States Magistrate Judge is **DIRECTED** to appoint new counsel for Defendant from the Criminal Justice Act Panel as soon as possible. The Federal Defender's Office shall remain on the case until new counsel enters an appearance and shall provide all discovery and documents received in this case to Defendant's new counsel.

**SO ORDERED**, this 28th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**