IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:20-CR-00006 (WLS-TQL) |
| : | |
| NIKITA DESEAN JONES, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

On September 16, 2021, the Court noticed the Parties to confer and inform the Court whether the case is ready to proceed to trial in November and to file a motion to continue, if appropriate. (Doc. 47.) No motion to continue was filed, and the Court set a pretrial conference for Tuesday, October 12, 2021. (Doc. 53.) Thereafter, on September 29, 2021, Attorney Barry Debrow, Jr. was appointed as new defense counsel, and Attorney Debrow entered an appearance. (Docs. 54 & 55.)

The pretrial conference occurred on Tuesday, October 12, 2021, which the Government and the Defendant attended. However, defense counsel was not present. The Court issues this Order to memorialize the instructions given at the conference and to issue further instructions to the Parties.

The Government announced that it had provided a plea agreement, which was under consideration. The Government believed the case would be resolved through a plea but was not sure and had not spoken with Attorney Debrow. The Court then stated that because defense counsel was not present, the pretrial conference would have to be reset.

1

Because Attorney Debrow did not attend the pretrial conference and did not request to be excused from attending, Attorney Debrow is hereby **ORDERED** to file a written response to this Order **no later than Friday, October 22, 2021** explaining why he failed to attend the conference and informing the Court of the status of Defendant's case.

**SO ORDERED**, this 14th day of October 2021.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**