## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:20-CR-00006 (WLS-TQL) |
| : | |
| NIKITA DESEAN JONES, : | |
| : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On Tuesday, October 12, 2021, the Court held a pretrial conference in this case which was attended by the Government's counsel and the Defendant, but defense counsel was not present. (*See* Doc. 58.) As such, the Court stated that the pretrial conference would have to be reset and ordered defense counsel to explain in writing why he failed to attend the conference and to inform the Court of the status of Defendant's case. *Id.* Defense counsel Attorney Barry Debrow, Jr. timely filed a response stating that he was appointed to this case on September 29, 2021, after the pretrial conference was set, and that he was therefore unaware of the pretrial conference as he had not checked the case's docket. (Doc. 59.) He states that he will meet with Defendant Jones and will have an updated status at the next status hearing. *Id.*

As explained in the Notice of Pretrial Conference, unless this case is continued, it will be called for trial during the Court's next Valdosta trial term beginning on Monday, November 8, 2021 at 9:00am. (Doc. 53.) Accordingly, all counsel shall review the docket, confer, and file a status report no later than **Friday, October 29, 2021** indicating whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial in November. If a

motion to continue is not filed by the same date, the Parties shall attend a pretrial conference on **Wednesday, November 3, 2021 at 3:00pm in Albany**.

**SO ORDERED**, this 25th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**