**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:20-CR-00006 (WLS-TQL) |
| | : | |
| NIKITA DESEAN JONES, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Defense counsel Attorney Barry Debrow, Jr. was appointed to this case on September 29, 2021. (Doc. 54.) On Tuesday, October 12, 2021, the Court held a pretrial conference in this case which was attended by the Government's counsel and the Defendant, but defense counsel was not present. (*See* Doc. 58.) In response to the Court's Order, Attorney Debrow filed a response explaining why he failed to attend the pretrial conference and that he would confer with Defendant Jones. (Doc. 59.) However, as explained in the Notice of Pretrial Conference, this case will be called for trial during the Court's upcoming Valdosta trial term beginning on Monday, November 8, 2021 at 9:00am. (Doc. 53.) As such, the Court ordered that all counsel confer and file a status report indicating whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial in November; otherwise, the Parties shall attend a pretrial conference on Wednesday, November 3, 2021. (Doc. 60.)

On October 28, 2021, Attorney Debrow filed a "Request for Leave of Absence" indicating that he will be on leave from October 28, 2021 through November 5, 2021 and a "Motion to Continue." (Docs. 61 & 62.) Although the motion to continue is styled as a "Consent Motion to Continue Trial in the Interest of Justice" on the docket, the motion asks

1

only that the Court "continue the **PRETRIAL CONFERENCE** of the above-titled cases, currently scheduled to be the [sic] called out on the calendar of November 3, 2021." (Doc. 62.) He states that he recently conferred with Defendant on October 27, 2021 and "requires more time to review discovery to adequately represent the defendant." *Id.* Further, the motion does not indicate whether the Government consents.

The Court has now issued two Orders that Attorney Debrow update the Court on whether this case is ready to proceed to trial during the November 2021 trial term, and he has still failed to file a proper motion to continue the trial. However, it has now become clear to the Court in light of counsel's recent appointment to the case, first conference with his client on October 27, 2021, leave of absence through November 5, 2021, and request for additional time to review discovery to adequately represent Defendant that defense counsel is not ready to proceed to trial in November 2021.

For the foregoing reasons, the Court finds that the ends of justice served by continuing the trial in this case outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Defendant's motion to continue the pretrial conference and request for leave of absence (Docs. 61 & 62) are **GRANTED**. The November 3, 2021 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 29th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**