## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00006 (WLS-TQL) |
| | : |
| NIKITA DESEAN JONES, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Attorney Barrow Debrow, Jr., counsel for Defendant Nikita Desean Jones, has filed a "Request for Leave of Absence." (Doc. 69.) Therein, Attorney Debrow states that he is home-bound recovering from a recent car accident, and he requests a leave of absence in this case through August 1, 2022. *Id.*

Defendant has previously pled guilty in this case, and his sentencing is set for May 31, 2022. As such, any objections to the requested leave of absence and a continuance of the sentencing beyond August 1, 2022 shall be filed **no later than Tuesday, March 8, 2022**.

**SO ORDERED**, this 1st day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1